# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDI KOSTERMAN, | Case No.: 3:19-cv-00461-LRH-CBC |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE AUGUST 28, 2019 HEARING TO SEPTEMBER 10, 2019 AND TO EXTEND THE TEMPORARY RESTRAINING ORDER [Doc. 12]** |
| NEWPORT BRAIN RESEARCH LABORATORY, INC., a California Corporation, NBRL GLOBAL LTD., a Cayman Islands exempted company, NBRL US, a California Corporation, NBRL A, INC., a Delaware Corporation, WAVE NEUROSCIENCE, INC., a Delaware corporation, and DOE DEFENDANTS 1-10, inclusive, | **(FIRST REQUEST)** |
| Defendants. / | |

Plaintiff Judi Kosterman, by and through her counsel, and Defendants NBRL, Inc. and Wave Neuroscience, Inc, by and through their respective counsel, hereby stipulate and agree to continue the hearing currently scheduled for August 28, 2019 at 10:00 a.m. to be held on September 10, 2019 at 1:30 p.m. The parties further stipulate and agree to extend the Temporary Restraining Order [Doc. 12] entered by this Court on August 9, 2019, until the conclusions of the

/ / /

/ / /

hearing rescheduled to September 10, 2019, or further Order of this Court. This stipulation is without prejudice to any and all defenses, including jurisdictional defenses available to Newport Brain Research Laboratory, Inc. and Wave Neuroscience, Inc., all of which are expressly preserved herein.

DATED this 28th day of August 2019.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503

By: /s/ Frank C. Gilmore
FRANK C. GILMORE, ESQ.
CODY M. OLDHAM, ESQ.
Attorneys for Plaintiff

Dated this 28th day of August, 2019.

SNELL & WILMER LLP
50 West Liberty Street, Suite 510
Reno, Nevada 89501

By: /s/ William E. Peterson
WILLIAM E. PETERSON, ESQ.
Attorneys for Defendants NBRL, Inc., and Wave Neuroscience, Inc.

IT IS SO ORDERED,

Dated: August 28, 2019

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE