IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDI KOSTERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>NEWPORT BRAIN RESEARCH LABORATORY, INC., a California Corporation, NBRL GLOBAL LTD., a Cayman Islands exempted company, NBRL US, a California Corporation, NBRL A, INC., a Delaware Corporation, WAVE NEUROSCIENCE, INC., a Delaware corporation, and DOE DEFENDANTS 1-10, inclusive,<br><br>Defendants.<br>_____/ | Case No.: 3:19-cv-00461-LRH-CBC<br><br>**STIPULATION AND ORDER TO TO EXTEND THE DEADLINE TO FILE OPPOSITION TO MOTION TO DISMISS**<br>**(FIRST REQUEST)** |

Plaintiff Judi Kosterman, by and through her counsel, and Defendants NBRL, Inc. by and through its counsel, hereby stipulate and agree to extend the deadline to respond to the Motion to Dismiss [EFC 19] from September 3, 2019, to October 3, 2019, to allow for the ongoing settlement negotiations currently taking place. This Stipulation is not for purposes of delay, but as a result of ongoing settlement negotiations, which if successful would render a response unnecessary.

///

1

DATED this 3rd day of September, 2019.

ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada 89503


By: _____/s/ Frank C. Gilmore_____
FRANK C. GILMORE, ESQ.
CODY M. OLDHAM, ESQ.
Attorneys for Plaintiff


Dated this 3rd day of September, 2019.

SNELL & WILMER LLP
50 West Liberty Street, Suite 510
Reno, Nevada 89501


By: _____/s/ William E. Peterson_____
WILLIAM E. PETERSON, ESQ.
Attorneys for Defendants NBRL, Inc., and Wave Neuroscience, Inc.

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 4th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE