William E. Peterson, Bar No. 1528
Janine C. Prupas, Bar No. 9156
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: wpeterson@swlaw.com
         jprupas@swlaw.com

*Attorneys for Defendants
Newport Brain Research Laboratory, Inc.
and Wave Neuroscience, Inc.*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP - 4 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDI KOSTERMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>NEWPORT BRAIN RESEARCH LABORATORY, INC., a California Corporation, NRBL GLOBAL LTD., a Cayman Islands exempted company, NBRL US, a California Corporation, NBRL A, INC., a Delaware Corporation, WAVE NEUROSCIENCE, INC., a Delaware corporation, and DOE DEFENDANTS 1-10, inclusive,<br><br>        Defendants. | Case No.   3:19-cv-00461-LRH-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Judi Kosterman and Defendant Wave Neuroscience, Inc. ("Wave"), stipulate and agree that Wave has up to and including Thursday, October 3, 2019 to respond to Plaintiff's Amended Complaint (Doc. No. 6). Wave's response to Plaintiff's Amended Complaint is currently due Tuesday, September 3, 2019.

This is the first request for extension of time.

//

//

//

1 | Dated this 3rd day of September, 2019.

ROBISON, SHARP, SULLIVAN & BRUST

By: /s/ Frank C. Gilmore
Frank C. Gilmore, No. 10052
Cody M. Oldham, No. 14594
71 Washington Street
Reno, Nevada 89503

*Attorneys for Plaintiff*
*Judi Kosterman*

SNELL & WILMER L.L.P.

By: /s/ William E. Peterson
William E. Peterson, No. 1528
Janine C. Prupas, No. 9156
50 West Liberty Street, Suite 510
Reno, Nevada 89501

*Attorneys for Defendant*
*Wave Neuroscience, Inc.*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

DATED: 9/4/2019