# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDI KOSTERMAN, | Case No.: 3:19-cv-00461 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SEPTEMBER 10, 2019 HEARING TO SEPTEMBER 23, 2019 AND TO EXTEND THE TEMPORARY RESTRAINING ORDER [Doc. 12] (SECOND REQUEST)** |
| NEWPORT BRAIN RESEARCH LABORATORY, INC., a California Corporation, NBRL GLOBAL LTD., a Cayman Islands exempted company, NBRL US, a California Corporation, NBRL A, INC., a Delaware Corporation, WAVE NEUROSCIENCE, INC., a Delaware corporation, and DOE DEFENDANTS 1-10, inclusive, | |
| Defendants. | |

Plaintiff Judi Kosterman, by and through her counsel, and Defendants NBRL, Inc. and Wave Neuroscience, Inc, by and through their respective counsel, hereby stipulate and agree to continue the hearing currently scheduled for September 10, 2019 at 1:30 p.m. to be held on September 23, 2019 at 1:30 p.m. The parties further stipulate and agree to extend the Temporary Restraining Order [Doc. 12] entered by this Court on August 9, 2019, until the conclusions of the hearing rescheduled to September 23, 2019, or further Order of this Court.

/ /

1

DATED this 9th day of September, 2019.

        ROBISON, SHARP, SULLIVAN & BRUST
        71 Washington Street
        Reno, Nevada 89503

        By:    /s/ Frank C. Gilmore
        FRANK C. GILMORE, ESQ.
        CODY M. OLDHAM, ESQ.
        Attorneys for Plaintiff

Dated this 9th day of September, 2019.

        SNELL & WILMER LLP
        50 West Liberty Street, Suite 510
        Reno, Nevada 89501

        By:    /s/ William E. Peterson
        WILLIAM E. PETERSON, ESQ.
        Attorneys for Defendants NBRL, Inc., and Wave Neuroscience, Inc.

IT IS SO ORDERED,

DATED this 9th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE